UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| **JOSE EDUARDO VALASQUEZ** | : | |
| **(aka JOSE VALAZQUEZ),** | : | 18 U.S.C. § 2422(b) |
| Defendant | : | (Coercion and Enticement) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about November 16, 2020, and on or about December 15, 2020, in the District of Columbia and elsewhere, the defendant, **JOSE EDUARDO VALASQUEZ (aka JOSE VALAZQUEZ)**, using any facility or means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years old to engage in any sexual activity for which any person can be charged with a criminal offense.

**(Coercion and Enticement,** in violation of Title 18, United States Code, Section 2422(b); **Repeat Offenders**, in violation of Title 18 United States Code, Section 2426)

## FORFEITURE NOTICE

1. Upon conviction of the offense alleged in Count One of this Information, the defendant, **JOSE EDUARDO VALASQUEZ (aka JOSE VALAZQUEZ)**, shall forfeit to the United States (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real

1

or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 2428.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2428 and Title 21, United States Code, Section 853(p))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: \_\_\_\_\_/s/_____
Jocelyn Bond
Assistant United States Attorney
Bar No. 1008904
601 D Street, NW,
Washington, DC 20530
Jocelyn.Bond@usdoj.gov
(202) 809-0793